IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*ORDER*

*Motion Granted.*

*E. Clifton Knowles*
*U.S.M.J.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-MJ-02137 |
| | ) | JUDGE KNOWLES |
| RICHARD M. HUDSON | ) | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through its counsel, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Scarlett M. Singleton, Assistant United States Attorney, and, respectfully moves this Honorable Court to dismiss, without prejudice, the Criminal Complaint pending in this case pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted this the 22nd day of June, 2011.

JERRY E. MARTIN
United States Attorney

/s/
SCARLETT M. SINGLETON
Assistant United States Attorney